**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000750**
**28-MAR-2016**
**08:45 AM**

NO. CAAP-15-0000750

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Matter of the Application of
NORTH BEACH WEST MAUI BENEFIT FUND, INC.,
a domestic non-profit corporation,
Petitioners/Appellants

APPEAL FROM THE LAND AND TAX APPEAL COURT
(LAND COURT CASE NO. 1LD 12-1-3039)

ORDER APPROVING THE MARCH 4, 2016
"STIPULATION TO DISMISS APPEAL"
(By: Foley, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed March 4, 2016, by Petitioner-Appellant North Beach West Maui Benefit Fund, Inc., the papers in support, and the record, it appears that (1) the appeal was docketed on October 29, 2015; (2) the parties stipulate to dismiss the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) the parties agree to bear their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own costs and attorneys' fees.

DATED: Honolulu, Hawai'i, March 28, 2016.

Presiding Judge

Associate Judge

Associate Judge